# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __William F. Cairns__ Case No. __14-22095__ Chapter __13__

All Cases: Moving Creditor __Chateau Lorraine Condominium Association__ Date Case Filed __06/12/2014__

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __10/31/2014__

Chapter 7: ☐ No-Asset Report Filed on _____
         ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☑ Home
   b. ☐ Car  Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date  $ __Unknown__
   Total of all other Liens against Collateral $ __Unknown__

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ __73,383.00__

5. Default
   a. ☐ Pre-Petition Default
      Number of months ____   Amount $ _____
   
   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months ____   Amount $ __1,508.99__   + accruing assessments, charges, attorney's fees, and costs.
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months ____   Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid   Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☑ Other (describe) __Accruing lien for unpaid association assessments__
   
   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   
   c. ☑ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☑ Other (describe) __Default under Movant's Declarations__
   
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☑ No Statement of Intention Filed

Date: __December 21, 2018__                                    _____
                                                               Counsel for Movant

(Rev. 12/21/09)

```
                              AR1810.TXT
050118                            C1        Special Asmt.       36.15     3219.81
052118         EXPENSE ADJ        07        Misc. Charges       50.00     3269.81
------
060118         APPLY CHARGES      A1        ASSESSMENT         143.59     3413.40
060118                            C1        Special Asmt.       36.15     3449.55
------
051518    179.00 99005746   051518 A1       ASSESSMENT        (179.00)    3270.55
051518    179.00 1805150002 051518 A1       ASSESSMENT        (108.18)    3091.55
051518                            07        Misc. Charges      (50.00)
051518                            C1        Special Asmt.      (20.82)
051518   (179.00)99005746   PA-ADJ A1       ASSESSMENT         179.00     3270.55
------
061518    179.00 1806150002 061518 A1       ASSESSMENT        (179.00)    3091.55
------
070118         APPLY CHARGES      A1        ASSESSMENT         143.59     3235.14
070118                            C1        Special Asmt.       36.15     3271.29
071718    179.00 1807170001 071718 A1       ASSESSMENT        (143.59)    3092.29
071718                            C1        Special Asmt.      (35.41)
072418         EXPENSE ADJ        07        Misc. Charges       50.00     3142.29
------
080118         APPLY CHARGES      A1        ASSESSMENT         143.59     3285.88
081518    179.00 1808150002 081518 A1       ASSESSMENT        (143.59)    3106.88
081518                            07        Misc. Charges      (35.41)
------
090118         APPLY CHARGES      A1        ASSESSMENT         143.59     3250.47
091218    179.00 1809120001 091218 A1       ASSESSMENT        (143.59)    3071.47
091218                            07        Misc. Charges      (14.59)
091218                            C1        Special Asmt.      (20.82)
------
100118         APPLY CHARGES      A1        ASSESSMENT         143.59     3215.06
101218    179.00 1810120001 101218 A1       ASSESSMENT        (143.59)    3036.06
101218                            C1        Special Asmt.      (35.41)
------
110118         APPLY CHARGES      A1        ASSESSMENT         143.59     3179.65
111418    179.00 1811140001 111418 A1       ASSESSMENT        (143.59)    3000.65
111418                            C1        Special Asmt.      (35.41)
------
120118         APPLY CHARGES      A1        ASSESSMENT         143.59     3144.24
121418    179.00 1812140002 121418 A1       ASSESSMENT        (143.59)    2965.24
121418                            C1        Special Asmt.      (35.41)
```

                    B A L A N C E   S U M M A R Y
                    -------------------------------

| CHARGE CODE | DESCRIPTION    | AMOUNT   |
|-------------|----------------|----------|
| C1          | Special Asmt.  | 1,365.24 |
| C3          | GARAGE ROOF    | 1,600.00 |
|             | TOTAL:         | 2,965.24 |

8-11-14  Legal fee -       237.50
10-10-14 Legal fee -     1,218.75
                        ──────────
                        $ 1,508.99
                            781.00
Lift Stay Legal -       ──────────
                        $ 2,289.99

Page 5

```
                              AR1810.TXT
050117                            C1    Special Asmt.      36.15     3157.93
051617       178.00 1705160001 051617 A1  ASSESSMENT      (143.59)    2979.93
051617                            05    Attorney Fees    (34.41)
------
060117         APPLY CHARGES      A1    ASSESSMENT        143.59     3123.52
060117                            C1    Special Asmt.      36.15     3159.67
061417       178.00 1706140001 061417 A1  ASSESSMENT      (143.59)    2981.67
061417                            05    Attorney Fees    (34.41)
------
070117         APPLY CHARGES      A1    ASSESSMENT        143.59     3125.26
070117                            C1    Special Asmt.      36.15     3161.41
071117       178.00 1707110001 071117 A1  ASSESSMENT      (143.59)    2983.41
071117                            05    Attorney Fees    (34.41)
------
080117         APPLY CHARGES      A1    ASSESSMENT        143.59     3127.00
080117                            C1    Special Asmt.      36.15     3163.15
081017       179.00 1708100002 081017 A1  ASSESSMENT      (143.59)    2984.15
081017                            05    Attorney Fees    (35.41)
------
090117         APPLY CHARGES      A1    ASSESSMENT        143.59     3127.74
090117                            C1    Special Asmt.      36.15     3163.89
091217       179.00 1709120002 091217 A1  ASSESSMENT      (143.59)    2984.89
091217                            05    Attorney Fees    (10.45)
091217                            C1    Special Asmt.    (24.96)
------
100117         APPLY CHARGES      A1    ASSESSMENT        143.59     3128.48
100117                            C1    Special Asmt.      36.15     3164.63
101617       179.00 1710160001 101617 A1  ASSESSMENT      (143.59)    2985.63
101617                            C1    Special Asmt.    (35.41)
------
110117         APPLY CHARGES      A1    ASSESSMENT        143.59     3129.22
110117                            C1    Special Asmt.      36.15     3165.37
111317       179.00 1711130001 111317 A1  ASSESSMENT      (143.59)    2986.37
111317                            C1    Special Asmt.    (35.41)
------
120117         APPLY CHARGES      A1    ASSESSMENT        143.59     3129.96
120117                            C1    Special Asmt.      36.15     3166.11
121217       179.00 1712120003 121217 A1  ASSESSMENT      (143.59)    2987.11
121217                            C1    Special Asmt.    (35.41)
122017         EXPENSE ADJ        07    Misc. Charges      50.00     3037.11
------
010118         APPLY CHARGES      A1    ASSESSMENT        143.59     3180.70
010118                            C1    Special Asmt.      36.15     3216.85
011618       179.00 1801160001 011618 A1  ASSESSMENT      (143.59)    3037.85
011618                            07    Misc. Charges    (35.41)
------
020118         APPLY CHARGES      A1    ASSESSMENT        143.59     3181.44
020118                            C1    Special Asmt.      36.15     3217.59
021318       179.00 1802130002 021318 A1  ASSESSMENT      (143.59)    3038.59
021318                            07    Misc. Charges    (14.59)
021318                            C1    Special Asmt.    (20.82)
------
030118         APPLY CHARGES      A1    ASSESSMENT        143.59     3182.18
030118                            C1    Special Asmt.      36.15     3218.33
031318       179.00 1803130003 031318 A1  ASSESSMENT      (143.59)    3039.33
031318                            C1    Special Asmt.    (35.41)
------
040118         APPLY CHARGES      A1    ASSESSMENT        143.59     3182.92
040118                            C1    Special Asmt.      36.15     3219.07
041118       179.00 1804110002 041118 A1  ASSESSMENT      (143.59)    3040.07
041118                            C1    Special Asmt.    (35.41)
------
050118         APPLY CHARGES      A1    ASSESSMENT        143.59     3183.66
                              Page 4
```

```
                                            AR1810.TXT
------
050116                APPLY CHARGES     A1        ASSESSMENT         136.75      1531.78
050116                                   C1        Special Asmt.       36.15      1567.93
051016     175.00 442260712   051016 A1           ASSESSMENT        (136.75)     1392.93
051016                                   05        Attorney Fees      (38.25)
------
060116                APPLY CHARGES     A1        ASSESSMENT         136.75      1529.68
060116                                   C1        Special Asmt.       36.15      1565.83
060916     175.00 447035367   060916 A1           ASSESSMENT        (136.75)     1390.83
060916                                   05        Attorney Fees      (38.25)
------
070116                APPLY CHARGES     A1        ASSESSMENT         136.75      1527.58
070116                                   C1        Special Asmt.       36.15      1563.73
070716     175.00 LB-0001     070716 A1           ASSESSMENT        (136.75)     1388.73
070716                                   05        Attorney Fees      (38.25)
------
080116                APPLY CHARGES     A1        ASSESSMENT         136.75      1525.48
080116                                   C1        Special Asmt.       36.15      1561.63
080816     175.00 LB-0002     080416 A1           ASSESSMENT        (136.75)     1386.63
080816                                   05        Attorney Fees      (38.25)
081116                EXPENSE ADJ        C3        GARAGE ROOF       1600.00      2986.63
------
090116                APPLY CHARGES     A1        ASSESSMENT         136.75      3123.38
090116                                   C1        Special Asmt.       36.15      3159.53
091216     175.00 LB-0002     091216 A1           ASSESSMENT        (136.75)     2984.53
091216                                   05        Attorney Fees      (38.25)
------
100316                APPLY CHARGES     A1        ASSESSMENT         136.75      3121.28
100316                                   C1        Special Asmt.       36.15      3157.43
101116     175.00 LB-0001     101116 A1           ASSESSMENT        (136.75)     2982.43
101116                                   05        Attorney Fees      (38.25)
------
110116                APPLY CHARGES     A1        ASSESSMENT         136.75      3119.18
110116                                   C1        Special Asmt.       36.15      3155.33
111416     175.00 1611140001  111416 A1           ASSESSMENT        (136.75)     2980.33
111416                                   05        Attorney Fees      (38.25)
------
120116                APPLY CHARGES     A1        ASSESSMENT         136.75      3117.08
120116                                   C1        Special Asmt.       36.15      3153.23
121416     175.00 1612140001  121416 A1           ASSESSMENT        (136.75)     2978.23
121416                                   05        Attorney Fees      (38.25)
------
010117                APPLY CHARGES     A1        ASSESSMENT         143.59      3121.82
010117                                   C1        Special Asmt.       36.15      3157.97
011017     185.00 1701100004  011017 A1           ASSESSMENT        (143.59)     2972.97
011017                                   05        Attorney Fees      (41.41)
------
020117                APPLY CHARGES     A1        ASSESSMENT         143.59      3116.56
020117                                   C1        Special Asmt.       36.15      3152.71
021317     178.00 1702130001  021317 A1           ASSESSMENT        (143.59)     2974.71
021317                                   05        Attorney Fees      (34.41)
------
030117                APPLY CHARGES     A1        ASSESSMENT         143.59      3118.30
030117                                   C1        Special Asmt.       36.15      3154.45
031317     178.00 1703130001  031317 A1           ASSESSMENT        (143.59)     2976.45
031317                                   05        Attorney Fees      (34.41)
------
040117                APPLY CHARGES     A1        ASSESSMENT         143.59      3120.04
040117                                   C1        Special Asmt.       36.15      3156.19
041117     178.00 1704110001  041117 A1           ASSESSMENT        (143.59)     2978.19
041117                                   05        Attorney Fees      (34.41)
------
050117                APPLY CHARGES     A1        ASSESSMENT         143.59      3121.78
                                           Page 3
```

```
                              AR1810.TXT
050115                          C1    Special Asmt.      36.15      1729.51
050415     173.00 378011195  050415 A1    ASSESSMENT     (136.75)    1556.51
050415                          05    Attorney Fees      (36.25)
------
060115          APPLY CHARGES   A1    ASSESSMENT         136.75     1693.26
060115                          C1    Special Asmt.      36.15      1729.41
061615     174.00 1271       061615 A1    ASSESSMENT     (136.75)    1555.41
061615                          05    Attorney Fees      (37.25)
------
070115          APPLY CHARGES   A1    ASSESSMENT         136.75     1692.16
070115                          C1    Special Asmt.      36.15      1728.31
071015     175.00 390270513  071015 A1    ASSESSMENT     (136.75)    1553.31
071015                          05    Attorney Fees      (38.25)
------
080115          APPLY CHARGES   A1    ASSESSMENT         136.75     1690.06
080115                          C1    Special Asmt.      36.15      1726.21
081415     175.00 1272       081415 A1    ASSESSMENT     (136.75)    1551.21
081415                          05    Attorney Fees      (38.25)
081415     175.00 1272       081415 05    Attorney Fees  (175.00)    1376.21
------
090115          APPLY CHARGES   A1    ASSESSMENT         136.75     1512.96
090115                          C1    Special Asmt.      36.15      1549.11
------
081415    (175.00)1272       PA-ADJ 05    Attorney Fees   175.00     1724.11
------
091715     175.00 1273       091715 A1    ASSESSMENT     (136.75)    1549.11
091715                          05    Attorney Fees      (38.25)
------
100115          APPLY CHARGES   A1    ASSESSMENT         136.75     1685.86
100115                          C1    Special Asmt.      36.15      1722.01
102015     175.00 1275       102015 A1    ASSESSMENT     (136.75)    1547.01
102015                          05    Attorney Fees      (38.25)
------
110115          APPLY CHARGES   A1    ASSESSMENT         136.75     1683.76
110115                          C1    Special Asmt.      36.15      1719.91
111815     175.00 1276       111815 A1    ASSESSMENT     (136.75)    1544.91
111815                          05    Attorney Fees      (38.25)
------
120115          APPLY CHARGES   A1    ASSESSMENT         136.75     1681.66
120115                          C1    Special Asmt.      36.15      1717.81
121615     175.00 1277       121615 A1    ASSESSMENT     (136.75)    1542.81
121615                          05    Attorney Fees      (38.25)
122215     147.38 1623814    122215 05    Attorney Fees  (147.38)    1395.43
------
010116          APPLY CHARGES   A1    ASSESSMENT         136.75     1532.18
010116                          C1    Special Asmt.      36.15      1568.33
012016     173.00 1280       012016 A1    ASSESSMENT     (136.75)    1395.33
012016                          05    Attorney Fees      (36.25)
------
020116          APPLY CHARGES   A1    ASSESSMENT         136.75     1532.08
020116                          C1    Special Asmt.      36.15      1568.23
021716     173.00 1282       021716 A1    ASSESSMENT     (136.75)    1395.23
021716                          05    Attorney Fees      (36.25)
------
030116          APPLY CHARGES   A1    ASSESSMENT         136.75     1531.98
030116                          C1    Special Asmt.      36.15      1568.13
031616     173.00 1284       031616 A1    ASSESSMENT     (136.75)    1395.13
031616                          05    Attorney Fees      (36.25)
------
040116          APPLY CHARGES   A1    ASSESSMENT         136.75     1531.88
040116                          C1    Special Asmt.      36.15      1568.03
041816     173.00 1334       041816 A1    ASSESSMENT     (136.75)    1395.03
041816                          05    Attorney Fees      (36.25)
                                Page 2
```

AR1810.TXT

```
                     CHATEAU LORRAINE CONDOMININIUM
                     FINANCIAL TRANSACTIONS - 12/18/18

850 S. Lorraine Road # 3N                  Unit ID: 8503N
William Cairns - Post Petition             STATUS:
                                           PREPAID BAL:      0.00
 TXN    -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR--------- BALANCE
 DATE   PAYMT AMT  CHECK #     DEP DT CODE  N/A DESCRIPTION       AMOUNT        DUE
------  ---------- ---------- ------- ----- --- ----------------- ----------  ---------
070114             APPLY CHARGES       A1      ASSESSMENT           127.81     127.81
070114                                 C1      Special Asmt.        36.15      163.96
072214             APPLY LATE FEE      01      Late Fees            25.00      188.96
------
080114             APPLY CHARGES       A1      ASSESSMENT           127.81     316.77
080114                                 C1      Special Asmt.        36.15      352.92
080514   190.00 331537617   080514 A1          ASSESSMENT          (190.00)    162.92
081114             EXPENSE ADJ         05 PRE  Attorney Fees       237.50      400.42
------
090114             APPLY CHARGES       A1      ASSESSMENT           127.81     528.23
090114                                 C1      Special Asmt.        36.15      564.38
090814   190.00 337032028   090814 A1          ASSESSMENT          (190.00)    374.38
------
100114             APPLY CHARGES       A1      ASSESSMENT           127.81     502.19
100114                                 C1      Special Asmt.        36.15      538.34
101014             EXPENSE ADJ         05 PRE  Attorney Fees       1218.75    1757.09
101014   190.00 1326        101014 A1          ASSESSMENT          (131.24)   1567.09
101014                                 01      Late Fees            (25.00)
101014                                 05      Attorney Fees        (33.76)
------
110114             APPLY CHARGES       A1      ASSESSMENT           127.81    1694.90
110114                                 C1      Special Asmt.        36.15     1731.05
110714   168.00 347752356   110714 A1          ASSESSMENT          (127.81)   1563.05
110714                                 05      Attorney Fees        (40.19)
------
120414             APPLY CHARGES       A1      ASSESSMENT           127.81    1690.86
120414                                 C1      Special Asmt.        36.15     1727.01
121114   168.00 353531483   121114 A1          ASSESSMENT          (127.81)   1559.01
121114                                 05      Attorney Fees        (40.19)
------
010115             APPLY CHARGES       A1      ASSESSMENT           136.75    1695.76
010115                                 C1      Special Asmt.        36.15     1731.91
011215   173.00 358340478   011215 A1          ASSESSMENT          (136.75)   1558.91
011215                                 05      Attorney Fees        (36.25)
------
020115             APPLY CHARGES       A1      ASSESSMENT           136.75    1695.66
020115                                 C1      Special Asmt.        36.15     1731.81
021315   173.00 1332        021315 A1          ASSESSMENT          (136.75)   1558.81
021315                                 05      Attorney Fees        (36.25)
------
030115             APPLY CHARGES       A1      ASSESSMENT           136.75    1695.56
030115                                 C1      Special Asmt.        36.15     1731.71
031715   174.00 1269        031715 A1          ASSESSMENT          (136.75)   1557.71
031715                                 05      Attorney Fees        (37.25)
------
040115             APPLY CHARGES       A1      ASSESSMENT           136.75    1694.46
040115                                 C1      Special Asmt.        36.15     1730.61
041615   174.00 1270        041615 A1          ASSESSMENT          (136.75)   1556.61
041615                                 05      Attorney Fees        (37.25)
------
050115             APPLY CHARGES       A1      ASSESSMENT           136.75    1693.36
```

UNOFFICIAL COPY



**Record and Return to:**
John Farano, Jr.
Farano, Wallace & Doherty
Attorneys at Law
7836 W. 103rd Street
Palos Hills, IL 60465
(708) 598-6626



FRED BUCHOLZ
DUPAGE COUNTY RECORDER
APR.20,2005                    9:28 AM
PLAT              05-22-107-024
059 PAGES    R2005-080746

**Tax Bills to:**
Chateau Lorraine, LLC
11418 S. Western Avenue
Chicago, Illinois 60643

**Prepared by:**
John Farano, Jr.
Farano, Wallace & Doherty
Attorneys at Law
7836 W. 103rd Street
Palos Hills, IL 60465

# DECLARATION OF CONDOMINIUM OWNERSHIP
# FOR
# CHATEAU LORRAINE CONDOMINIUMS

TABLE OF CONTENTS

### ARTICLE ONE
### DEFINITIONS

Section

| 1 to 1.26 | Definitions |

### ARTICLE TWO
### SCOPE OF DECLARATION AND CERTAIN PROPERTY RIGHTS

| 2.01 | Property Subject to Declaration |
| 2.02 | Conveyances Subject to Declarations |
| 2.03 | Encroachments |
| 2.04 | Ownership of Common Elements |
| 2.05 | Owner's Rights to Use the Common Elements |
| 2.06 | Lease of Common Elements |

1

UNOFFICIAL COPY

reimburse Declarant for his/her prorata share of the balance of the Condominium Insurance which was not included in the initial budget but will be paid by the Association for the following year.

## ARTICLE SIX
## ASSESSMENTS

6.01   CREATION OF LIEN AND PERSONAL OBLIGATION: The Developer, for each Unit Ownership hereby covenants, and each Owner of a Unit Ownership by acceptance of a deed thereof, whether or not it shall be so expressed in any such deed or other conveyance, shall be and is deemed to covenant and hereby agrees to pay to the Association such assessments or other charges of payments as are levied pursuant to the provisions of this Declaration. Such assessments, or other charges or payments, together with Interest thereon and costs of collection, if any, as herein provided including, but not limited to, reasonable attorney fees incurred enforcing the covenants of this Declaration, rules and regulations of the Board, or any applicable statute or ordinance, shall be a charge on the Unit Ownership and shall be continuing lien upon the Unit Ownership against which each such assessment is made. Each such assessment, or other charge or payment, together with such interest and cost, shall also be the personal obligation of the Owner of such Unit Ownership at the time when the assessment or other charge or payment becomes due.

Whenever a Dwelling Unit has a water meter which measures the Association's water usage and the Dwelling Unit Owner's water usage and all of such usage is reflected in one bill, the Owner of such Dwelling Unit shall authorize the Association to receive the water and sewer bill for the Dwelling Unit and the Association shall be responsible for the payment of the water, sewer and sewer maintenance charges for said Dwelling Unit. Such Owner will reimburse the Association for the Owner's portion of the water, sewer and sewer maintenance charge on a monthly basis which will be part of the Owner's Assessment. These amounts will be subject to the policy regarding late assessment payments and other related provisions in this Declaration and By-Laws. The calculation of the Owner's usage of water, sewer and sewer maintenance charges will be based on a formula approved by the Board and re-calculated annually. The Owner will be responsible for completing all forms and documentation required to carry out these provisions, including completion of any and all authorization forms.

6.02   PURPOSE OF ASSESSMENT: The assessments levied by the Association shall be exclusively for the purposes of promoting the recreation, health, safety, and welfare of members of the Association, to

26

Case 14-22095   Doc 71-2   Filed 12/21/18   Entered 12/21/18 13:16:36   Desc
Statement Accompanying Relief From Stay   Page 9 of 12

UNOFFICIAL COPY

administer the affairs of the Association, and to pay the Common Expenses.

6.03 ANNUAL ASSESSMENT: Each year at least sixty (60) days before the end of the Association's fiscal year, and at least thirty (30) days before final adoption thereof, the Board shall furnish each Owner with a proposed budget for the ensuing fiscal year which shall show the following, with reasonable explanations and itemizations:

(a) The estimated Common Expenses;

(b) The estimated amount, if any, to maintain adequate reserves for Common Expenses

(c) The estimated net available cash receipts from sources other than assessments, including, without limitation, receipts from any leases, licenses or concessions;

(d) The amount of the "Annual Assessment", which is hereby defined as the amount determined in (a) above, plus the amount determined in (b) above, minus the amount determined in (c) above, minus excess funds, if any, from the current year's operation; provided, however, that the Annual Assessment for the Units which have a water meter which measures the Dwelling Unit's water usage and the Association's water usage, as described in Section 6.01 above, shall include the monthly amount of the Dwelling Unit's water, sewer and sewer maintenance charges based on the method of calculation set forth in that paragraph; and

(e) That portion of the Annual Assessment which shall be payable by the Owner with respect to his Dwelling Unit each month until the next Annual Assessment or revised Annual Assessment becomes effective, which monthly portion shall be equal to one-twelfth (1/12) of the Annual Assessment multiplied by the Dwelling Unit's Undivided Interest

6.04 PAYMENT OF ANNUAL ASSESSMENT: On or before the first day of the fiscal year, and on or before the first day of each and every month thereafter until the effective date of the next Annual Assessment, each Owner of a Dwelling Unit shall pay to the Association, or as it may direct, that portion of the Annual Assessment which is payable by such Owner.

6.05 REVISED ANNUAL ASSESSMENT: If the Annual Assessment proves to exceed funds reasonably needed, then the Board may decrease the assessments payable under Section 6.03 as of the first day of a month by the giving of written notice thereof (together with a revised budget for the

27

UNOFFICIAL COPY

balance of the year and the reasons for the decrease) not less than ten days prior to the effective date of the decreased assessment.

6.06   SPECIAL ASSESSMENT: The Board may levy a special assessment (i) to pay (or build up reserves to pay) extraordinary expenses incurred (or to be incurred) by the Association for a specific purpose including, without limitation, to make additions, alterations, or improvements to the Common Elements or Association-owned property not included in the adopted budget, (ii) to cover an unanticipated deficit under the current or prior year's budget, (iii) to pay for expenditures relating to emergencies or mandated by law, or (iv) adopt multi-year assessments not governed by (i) or (iii) any special assessment for additions and alterations to the Common Elements of the Association-owned property not included in the adopted annual budget shall be separately assessed and shall be subject to approval by the affirmative vote of the Voting Members representing at least two-thirds (2/3) of the votes cast at a meeting of the Owners duly called for the purpose of approving the assessment. As used herein, "emergency" means an immediate danger to the structural integrity of the Common Elements or to the life, health, safety or property of the Owners. With respect to multi-year assessments not governed by items (i) and (iii), the entire amount of the multi-year assessment shall be deemed considered and authorized in the first fiscal year in which the assessment is approved.

Each Owner shall be responsible for the payment of the amount of the special assessment multiplied by his Dwelling Unit's Undivided Interest. The Board shall serve notice of special assessment in all Owners by a statement in writing giving the amount and reasons therefore, and the special assessment shall be payable in such manner and on such terms as shall be fixed by the Board. Any assessments collected pursuant to this section (other than those to cover an unanticipated deficit under the current or prior year's budget) shall be segregated in a special account and used only for the specific purpose set forth in the notice of assessment.

6 07   CAPITAL RESERVE: The Association shall segregate and maintain special reserve accounts to be used solely for making capital expenditures in connection with the Common Elements (the "Capital Reserve"). The Board shall determine the appropriate level of the Capital Reserve based on a periodic review of the useful life or improvements to the Common Elements and property owned by the Association as well as periodic projections of the cost of anticipated major repairs or improvements to the Common Elements or the purchase of property to be used by the Association in connection with its duties hereunder. The Capital Reserve may be built up by special assessment or out of the Annual Assessment as provided in the budget. Each budget shall disclose that portion of the

28

UNOFFICIAL COPY

Annual Assessment as provided in the budget. Each budget shall disclose (i) which portion thereof is for capital expenditures with respect to the Common Elements and (ii) which portion thereof is for capital expenditures with respect to property owned or to be owned by the Association. Special accounts set up for portions of the Capital Reserve to be used to make capital expenditures with respect to the Common Elements shall be held by the Association as agent and Declarant for the Owners. Special Accounts set up for portions of the Capital Reserve to be used to make capital expenditures with respect to property owned or to be owned by the Association shall be deemed to have been funded by capital contributions to the Association by the Owners.

6.08 **INITIAL WORKING CAPITAL CONTRIBUION**: Upon closing of the sale of each Dwelling Unit by the Declarant to the purchaser or value, the purchasing Owner shall make the following contributions to the Association: (a) an initial working capital contribution to the Association in an amount equal to 2 months' Annual Assessment at the rate in effect with respect to the Dwelling Unit as of the closing, which amount shall be held and used by the Association in the amount determined by the Developer, which amount shall be held and used by the Association for its initial insurance needs.

6.09 **NONPAYMENT OF ASSESSMENTS**: Any assessments or other charges or payments which an Owner is required to make or is liable for hereunder which are not paid when due shall be deemed delinquent. If an assessment or other charge or payment is not paid 15 days after the due date, it shall bear interest from the due date at the contract rate of interest then permitted in Illinois but not to exceed 18% per annum, and the Board (i) may bring an action against the Owner personally obligated to pay the same, together with interest, costs and reasonable attorney's fees incurred enforcing the covenants of this Declaration, rules and regulations of the Board, or any applicable statute or ordinance, which shall be added to the amount of such assessment or other charge or payment and shall be included in any judgment rendered in such action, and (ii) may enforce and foreclose any lien which it has or which may exist for its benefit. In addition, the Board may add a reasonable late fee to any installment of an assessment which is not paid within 15 days of its due date. No Owner may waive or otherwise escape liability for the assessments of other charges or payment provided for herein by nonuse, abandonment or transfer of his Dwelling Unit.

6.10 **ASSOCIATION'S LIEN SUBORDINATED TO MORTGAGES**: The lien on each Unit Ownership provided for in Section 6.01 for assessments or other charges or payments shall be subordinate to the lien of any first mortgage on the Unit Ownership Recorded prior to the date that any such assessments or other charges of payments become due. Except as

29

UNOFFICIAL COPY

hereinafter provided, the lien provided for in Section 6.01 shall not be affected by any transfer of title to the Unit Ownership. Where title to the Unit Ownership is transferred pursuant to a decree of foreclosure or by deed or assignment in lieu of foreclosure, such transfer of title shall (to the extent permitted by law) extinguish the lien for any assessments or other charges or payments under Section 6.01 which became due prior to (i) the date of the transfer of title or (ii) the date on which the transferee comes into possession of the Dwelling Unit, whichever occurs first. However, the transferee of Unit Ownership shall be liable for his share of any assessments or charges or payments with respect to which a lien against his Unit Ownership has been extinguished pursuant to the preceding sentence which are reallocated among the Owners pursuant to a subsequently adopted annual, revised or special assessment, and nonpayment thereof shall result in a lien against the transferee's Unit Ownership as provided in Section 6.01. If or any reason the Owner of a Dwelling Unit is permitted to remain in possession of his Dwelling Unit during the pendency of a foreclosure action with respect to the Dwelling Unit, the Owner shall be required to pay a reasonable rental for such right and the plaintiff in the foreclosure shall be entitled to the appointment of a receiver to collect such rental.

6.11    STATEMENT OF ACCOUNT: Upon 10 days' notice to the Board and the payment of a reasonable fee, if any, which may be set by the Board, any Owner shall be furnished with a statement of his account setting forth the amount of any unpaid assessments or other charges due and owing from the Owner as of the date of the statement. The statement shall be executed by a duly authorized office or agent of the Association and shall be binding on the Association.

### ARTICLE SEVEN
### REMEDIES FOR BREACH OR VIOLATION

7.01    SELF-HELP BY BOARD: In the event of a violation by an Owner of the provisions, covenants or restrictions of the Act, the Declaration, by the By-Laws. or rules or regulations of the Board, where such violation or breach may be cured or abated by affirmative action, the Board, upon less than 10 days' written notice, shall have the right to enter upon that part of the Condominium Property where the violation or breach exists and summarily abate, remove or do whatever else may be necessary to correct such violation or breach. Any and all expenses in connection with the exercise of the right provided by this Section shall be charged to and assessed against the violating Owner.

7.02    INVOLUNTARY SALE: If any Owner (either by his own conduct or by the conduct of any other occupant of his Dwelling Unit) shall violate any of the

30

FRED BUCHOLZ          R2005-080746          DUPAGE COUNTY RECORDER